FILED
DEC 20 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ___ DEPUTY

7:14-CR-227(06)
12-14-2017

Judge Junell

This is Stacey Castillo. I have been brought from FBOP custody and placed here in the County Jail where the Sheriff's Office is for Ector County. I was brought on Dec 9th. According to the paperwork I am here as a witness for a trial that no one has informed me of. I didn't ask to be a witness, It wasn't discussed with me and I refuse to be a witness. I tried to refuse this when the State came to get me. I am in FBOP custody being held in County as a witness. I have no charges and I am not sure if this is even legal. I don't know if you are the person to help me with this but I have wrote the District Attorney Bobby Bland as well. I am requesting to be placed back in Federal Custody and be removed as a witness or I refuse to be one for the Government.

Thank you
Stacey Castillo

TAMMY ROACH
Notary Public, State of Texas
Comm. Expires 12-19-2020
Notary ID 12552499-4

Tammy Roach
12-18-17

Stacey Castillo 16523
P.O. Bx. 331
Odessa, TX
79760

RECEIVED
DEC 20 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Federal Court Western 1
Judge Junnell
200 E. Wall
Midland, TX
79701



7970135248 C091