AO 243 (Rev. 01/15)    Page 2

FILED
JUN 04 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Docket or Case No.: (06) MO-14-CR-0227-RAJ |
|---|---|---|
| Name (under which you were convicted): STACEY CASTILLO | | |
| Place of Confinement: ALICEVILLE CORRECTIONAL INSTITUTION | Prisoner No.: 41396-380 | 7:18-CV-098 |
| UNITED STATES OF AMERICA v. | | Movant (include name under which convicted) STACEY CASTILLO |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   UNITED STATES DISTRICT COURT MIDLAND ODESSA DIVISON 100 EAST WALL MIDLAND TEXAS 79701 FIREARM 924(C)

   (b) Criminal docket or case number (if you know): mo=14-CR-0227-RAJ

2. (a) Date of the judgment of conviction (if you know): _____
   (b) Date of sentencing: JUNE 14, 2017

3. Length of sentence: 20 YEARS

4. Nature of crime (all counts):
   CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE USE AND CARRY OF A FIREARM 924 (C)

5. (a) What was your plea? (Check one)
   (1) Not guilty [X]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [X]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [X]

8. Did you appeal from the judgment of conviction?   Yes [X]   No [ ]

9. If you did appeal, answer the following:
    (a) Name of court: US APPEALS COURT
    (b) Docket or case number (if you know): 155076
    (c) Result: REMANDED
    (d) Date of result (if you know): _____
    (e) Citation to the case (if you know): U.S. v Gonzales 841 F.3d 339
    (f) Grounds raised:
    SPECIAL JURY INSTRUCTIONS
    CONVICTIONS OF A FIREARM DURING DRUG TRAFFICKING OFFENSE COULD NOT
    ON PERSONAL LIABILITY

    (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____
        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☐

(2) Second petition:  Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: FAILURE TO CONSULT WITH CASTILLO REGARDING A NOTICE OF APPEAL AFTER RESENTENCING

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

After sentencing, I was unaware that another appeal could be filed if there was an issue regarding my resentencing. After I arrived back to the Federal Women's facility, I emailed counsel, regarding additional grounds that I wished to be filed on direct appeal. He stated that he was no longer my appointed counsel on the record and if an additonal appeal needed to be filed, I would have to do so on my own. A letter was sent to this court requesting an extension of time to file an appeal. The notice was denied rightfully stating that I was out of time. At this time, I am requesting that this court, grant an evidentiary hearing to resolve this matter or reccomends that this honorable court direct the clerk of court to reinstate the judgement of conviction in her case and allow her to file a direct appeal. Had counsel consulted with her a timely notice of appeal would have been filed.
]

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: 

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): 

Date of the court's decision: 

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): 

Date of the court's decision: 

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** See Attached Documentation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐ No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND THREE: *See Attached Documentation*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☒ (crossed out)
  (2) If you did not raise this issue in your direct appeal, explain why:
    (crossed out)

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐   No ☐
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: 
  Name and location of the court where the motion or petition was filed: N/A

  Docket or case number (if you know): 
  Date of the court's decision: 
  Result (attach a copy of the court's opinion or order, if available): N/A

  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐
  (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐   N/A
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☐

  (6) If your answer to Question (c)(4) is "Yes," state:
  Name and location of the court where the appeal was filed: N/A

  Docket or case number (if you know): 
  Date of the court's decision: 
  Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**
 (1) If you appealed from the judgment of conviction, did you raise this issue?
 Yes ☐   No ☐ [crossed out N/A]
 (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
 (1) Did you raise this issue in any post-conviction motion, petition, or application?
 Yes ☐   No ☐ [crossed out N/A]

 (2) If you answer to Question (c)(1) is "Yes," state:
 Type of motion or petition:
 Name and location of the court where the motion or petition was filed: N/A
 Docket or case number (if you know): N/A
 Date of the court's decision:
 Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☐
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:
    JOHN POOL

    (b) At the arraignment and plea:
    JOHN POOL

    (c) At the trial:
    JOHN POOL

    (d) At sentencing:
    JOHN POOL

    (e) On appeal:
    NELSON EBAUGH

    (f) In any post-conviction proceeding:
    _____

    (g) On appeal from any ruling against you in a post-conviction proceeding:
    _____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
    _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

appeal is timely filed. it is within a year from the judgement of conviction

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: requesting that this court, reinstate judgement and allow her to file a notice of appeal. If an evidentiary hearing is granted she requests that counsel be appointed on her behalf.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____.
(month, date, year)

Executed (signed) on _____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Stacey Castillo
Aliceville
Federal Correctional Institution
p.o. box 4000
Aliceville, AL 35442
United States



LEGAL MAIL

RECEIVED
JUN 0 4 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

⇔41696-380⇔
George W Bush Courthouse
100 E WALL ST
Midland, TX 79701
United States